

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: BASIC ENERGY SERVICES, L. P. AND JEREMY NICHELSON, | § | No. 08-17-00256-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |
| | § | |

# **O R D E R**

Pending before the Court is Relators' motion for a stay of proceedings in cause number 2016-DCV-3438, styled Norma Benavides, Individually and as Independent Executor of the Estate of Fortunato "Benny" Benavides, Deceased, Brian Benavides, Steven Benavides, and Kevin Benavides, pending our review of the mandamus petition. We GRANT Relators' request to stay the trial court's discovery order entered on November 17, 2017. Relators' request to stay all other proceedings in the case is DENIED. This stay order will remain in effect pending our review of the mandamus petition or further order of this Court.

Further, the Court has this day determined that no action will be taken on the Petition for Writ of Mandamus pending a response from the Real Party in Interest. The response is requested to be filed on or before **January 4, 2018.**

IT IS SO ORDERED this 14th day of December, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.